## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
CASE NO. 08-61449-CIV-SEITZ/O'SULLIVAN

TEXTRON FINANCIAL CORP.,

      Plaintiff,

v.

RV SALES OF BROWARD, INC.
and GIGI D. STETLER,

      DefendantS.

_____/

### ORDER DENYING WRIT OF REPLEVIN AND BREAK ORDER

      THIS MATTER is before the Court upon the Plaintiff's Motion for Order to Issue

Pre-Judgment Writ of Replevin [DE-2] and Plaintiff's Motion for Emergency Break Order [DE-

5]. At the telephonic hearing held on September 12, 2008, Plaintiff's counsel represented that

there are no longer any items in the state of Florida that could be replevied. Accordingly, it is

hereby

      ORDERED that Plaintiff's Motion for Order to Issue Pre-Judgment Writ of Replevin

[DE-2] and Plaintiff's Motion for Emergency Break Order [DE-5] are DENIED AS MOOT.

      DONE and ORDERED in Miami, Florida, this 15 day of September, 2008.

                               _____

                               PATRICIA A. SEITZ
                               UNITED STATES DISTRICT JUDGE

cc:    All Counsel of Record