UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

TEXTRON FINANCIAL CORP.                         Case No.: 08-61449
                                                CIV-SEITZ/O'SULLIVAN
         Petitioner,
vs.

RV SALES OF BROWARD, INC.
and GIGI D. STETLER,

         Respondents.
_____

### ORDER

This matter came before the Court on an informal discovery conference held before the undersigned on September 22, 2009 .  Accordingly, it is

ORDERED AND ADJUDGED that the plaintiff's requests for Protective Orders regarding the depositions of Neal Herman and Mark Ryan are denied.  The defendant's request for the Court to overrule the plaintiff's instructions to not answer questions by deponents, Neal Herman and Mark Ryan, is granted.  For the reasons stated on the record, the instructions by counsel for the plaintiff to not answer questions were contrary to Appendix A of the Local Rules for the Southern District of Florida.  Accordingly, it is further

ORDERED AND ADJUDGED that on or before October 6, 2009, Mr. Herman and Mr. Ryan shall appear for deposition for the purpose of answering the questions discussed on the record during the hearing and any relevant follow up questions.  The deponents are not required to travel from St. Louis, the depositions may be taken by telephone, and the plaintiff is to pay for any costs associated with the Court Reporter's fee to record the

deposition testimony.  The depositions shall be taken consecutively.

      DONE and ORDERED in Miami, Florida this 22nd day of September, 2009.

                                                        JOHN J. O'SULLIVAN  
                                                        U.S. MAGISTRATE JUDGE

cc:  
U.S. District Judge Seitz  
All Counsel of Record