UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 08-61449-CIV-SEITZ/O'SULLIVAN

TEXTRON FINANCIAL CORP.,

    Plaintiff,

v.

RV SALES OF BROWARD, INC.
and GIGI D. STETLER,

    DefendantS.

_____/

**FINAL JUDGMENT**

Pursuant to the Court's Order Granting Plaintiff's Motion for Summary Judgment, issued on February 8, 2010, it is hereby

ORDERED that Judgment is entered in favor of the Plaintiff, Textron Financial Corp., and against Defendants, RV Sales of Broward, Inc. and Gigi D. Stetler, in the amount of $606,943.56 plus interest from November 6, 2009 to February 9, 2010 in the amount of $10,647.60, for a total of $617,591.16 plus attorneys' fees and costs, the amount of which will be determined by separate judgment. This judgment shall bear interest at the statutory rate.

DONE and ORDERED in Miami, Florida, this 10 day of February, 2010.

                                                            _____
                                                            PATRICIA A. SEITZ
                                                            UNITED STATES DISTRICT JUDGE

cc:    All Counsel of Record