UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

TEXTRON FINANCIAL CORP.

        Petitioner,

vs.

RV SALES OF BROWARD, INC.
and GIGI D. STETLER,

        Respondents.
_____

Case No.: 08-61449
CIV-SEITZ/O'SULLIVAN

## ORDER

This matter is before the Court on the plaintiff's Verified Motion for Attorneys Fees and Costs (DE # 99, 3/11/10) and the Motion for Bill of Costs (DE # 98, 3/11/10). Rule 7.1(C), Local Rules for the United States District Court for the Southern District of Florida provides, in pertinent part:

> Each party opposing a motion shall serve an opposing memorandum of law no later than ten days after service of the motion as computed in the Federal Rules of Civil Procedure. **Failure to do so may be deemed sufficient cause for granting the motion by default**. (Emphasis supplied).

Having received no responses from the defendant, and responses having been due, it is

ORDERED AND ADJUDGED that the defendant shall file responses to the plaintiff's Verified Motion for Attorneys Fees and Costs (DE # 99, 3/11/10) and the Motion for Bill of Costs (DE # 98, 3/11/10) on or before May 4, 2010. The failure to file responses may result in a recommendation that the plaintiff's Verified Motion for Attorneys Fees and Costs (DE # 99, 3/11/10) and the Motion for Bill of Costs (DE # 98, 3/11/10) be granted in their entirety.

DONE and ORDERED, in chambers, in Miami, Florida, this 20th day of April, 2010.

JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
United States District Judge Seitz
All counsel of record