UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 08-61449-CIV-SEITZ/O'SULLIVAN

TEXTRON FINANCIAL CORP.,

    Plaintiff,
v.

RV SALES OF BROWARD, INC.
and GIGI D. STETLER,

    DefendantS.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

THIS CAUSE is before the Court on the Magistrate Judge's Report and Recommendation [DE-107] which recommends granting Plaintiff's Verified Motion for Attorneys Fees and Costs [DE-99]. No objections to the Report and Recommendation have been filed. The Report and Recommendation found that Plaintiff was entitled to statutory costs of $5,369.23 and to $3,705.96 in expenses permitted under the Credit and Security Agreement between the parties. The Report and Recommendation also recommends that the Court award a total of $350,141.60 in fees, which the Magistrate found to be reasonable, both as to the rates charged and the amount of time expended on the matter.

Accordingly, having carefully reviewed, *de novo*, Magistrate Judge O'Sullivan's Report and Recommendation and the record, it is hereby

ORDERED that:

(1) The above-mentioned Report and Recommendation [DE-107] is AFFIRMED and ADOPTED;

(2) Plaintiff's Verified Motion for Attorneys Fees and Costs [DE-99] is GRANTED.

Plaintiff is awarded $350,141.60 in fees, $5,369.23 in statutory costs, and $3,705.96 in expenses permitted under the Credit and Security Agreement.

DONE and ORDERED in Miami, Florida, this 21st day of July, 2010.

*[signature]*
PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc:   All Counsel of Record